IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In Re:
**Randy Nicholas Pauls**
**Ruth Ann Pauls**

                  Debtor(s)              Case No.    10-13887-7

## NOTICE OF ENTRY OF JUDGMENT

On December 6, 2011, the following order was entered of the Honorable Robert E. Nugent, United States Bankruptcy Judge for the District of Kansas, Memorandum Opinion filed herein on December 5, 2011, wherein:

IT IS THEREFORE ORDERED BY THE COURT that The Trustee's Motion for Turnover is GRANTED and the debtors are ORDERED to turn over to the Trustee $9,713.49.

**DATED: 12/6/11**                                          **FRED JAMISON, CLERK**
                                                              **UNITED STATES BANKRUPTCY COURT**

                                                               s/ Deborah Davis_____
                                                               **Deputy Clerk**